# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN WALTON, BIANCA JOHNSTON, DIONYSIOS TSIRKAS, JUSTIN CHARRON, LYLE LIBERMAN, GRAHAM HULSEY, IAN SCHAAF, JUSTIN COLLINS, JOSEPH CONTOIS, ADRIAN WASHINGTON, MICHAEL BARNETT, SCOTT B. JOHNSON, RICHARD LEE, JONATHAN KELCOURSE, VINCENT BOZAAN, A. MICHAEL KUNDU, MICAH MASON, and WESLEY ORNICK, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>W. L. GORE & ASSOCIATES,<br><br>        Defendant. | Case No. 1:26-cv-00318-MN |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jennifer Sarnelli to represent plaintiffs Brian Walton, Bianca Johnston, Dionysios Tsirkas, Justin Charron, Lyle Liberman, Graham Hulsey, Ian Schaaf, Justin Collins, Joseph Contois, Adrian Washington, Michael Barnett, Scott B. Johnson, Richard Lee, Jonathan Kelcourse, Vincent Bozaan, A. Michael Kundu, Micah Mason, and Wesley Ornick ("Plaintiffs") in this matter.

Signed: *Kelly L. Tucker*

Kelly L. Tucker (DE Bar No. 6382)
**GRANT & EISENHOFER P.A.**
123 Justison Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 622-7109
Attorney for: Plaintiffs                    Date: April 17, 2026

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                          United States District Judge


## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 X has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __ to the Clerk's Office upon the filing of this motion.

Signed:

Jennifer Sarnelli
jsarnelli@gelaw.com

Date: April 17, 2026

**Grant & Eisenhofer P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017

2